Patrick Condon, California Bar No. 144012
7323 Calle Luna
Carlsbad, California 92009
Telephone & Facsimile: (760) 942-6710

Attorney for Petitioner

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration Between UNITED AUTOWORKERS, LOCAL 2350,<br><br>       Petitioner,<br><br>v.<br><br>CALIFORNIA STATE EMPLOYEES' ASSOCIATION, SEIU LOCAL 1000, AFL-CIO,<br><br>       Respondent. | ) Case No. S-05-1327 WBS (EFB)<br>)<br>)<br>) **STIPULATION TO EXTEND TIME TO FILE**<br>) **TRIAL BRIEF AND PROPOSED FINDINGS OF**<br>) **FACT AND CONCLUSIONS OF LAW;**<br>) **PROPOSED ORDER**<br>)<br>) Trial: September 19, 2006<br>) Time: 9:00 a.m.<br>) Judge: Hon. William B. Shubb<br>)<br>) |

STIPULATION TO EXTEND MOTION CUTOFF DATE

By the signatures of their counsel to this Stipulation, the parties to this action agree and stipulate that:

1. The time for Petitioner to file its Trial Brief and Findings of Fact and Conclusions of Law is extended from September 5, 2006 until September 11, 2006.

2. The time for Respondent to file its Findings of Fact and Conclusions of Law is extended from September 12, 2006 until September 14, 2006.

///

///

///

Stipulation to Extend Time to File Trial Brief, Etc.

S-05-1327 WBS (EFB)

For Petitioner UNITED AUTOWORKERS, LOCAL 2350


By: _____ Dated: _____
    Patrick Condon
    Attorney for Petitioner

For Respondent CALIFORNIA STATE EMPLOYEES' ASSOCIATION,
       SEIU LOCAL 1000, AFL-CIO


    By: _____ Dated: _____
       Jason Jasmine
       Carroll Burdick & McDonough LLP
       Attorneys for Respondent


SO ORDERED.

Dated: September 7, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE